No. 99–712. ANDERSON v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 99–725. CASSO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–780. ENGLE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5060. MCMAHON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–5061. NUFIO-ORTIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5182. TIDWELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–5490. DELOZIER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 99–5628. SPAZIANO v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 99–5745. PAUL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5792. SMITH v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 99–5867. GRIMES, AKA GREENWOOD v. GHIANDA ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 99–5925. HENLEY v. STATE BAR OF GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 99–6227. GALLOWAY v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 99–6234. FLORES SANCHEZ v. STEWART, SUPERINTENDENT, MCNEIL ISLAND CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.